**RICHMARK CAPITAL CORPORATION; Doyle Mark White, Petitioners,**

v.

**SECURITIES AND EXCHANGE COMMISSION, Respondent.**

No. 03–60984.

United States Court of Appeals, Fifth Circuit.

Feb. 10, 2004.

Phillip W. Offill, Jr., Godwin Gruber, Dallas, TX, for Petitioners.

Jonathan G. Katz, Mark Pennington, Christopher Paik, Tara Sussan, Washington, DC, Jeffrey B. Norris, Fort Worth, TX, for Respondent.

Before HIGGINBOTHAM, SMITH, and WIENER, Circuit Judges.

PER CURIAM.*

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5th CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th CIR R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.